**Page 1**
Lauren Yassine, Esq. LY/3442
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey
----------------------------------x
In Re:                              Chapter 7

                                    Case No.: 10-20415
    Owen Rambow,



Debtor.
----------------------------------x

**ORDER COMPELLING RELEASE OF DEBTOR'S CHECKING ACCOUNT FUNDS FROZEN BY WACHOVIA BANK**


    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

*Order Filed on 4/27/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

**DATED: 4/27/2010**

                         *Raymond T. Lyons*
                         Honorable Judge Raymond T. Lyons
                         United States Bankruptcy Judge

**Page 2**
Debtor: Owen Rambow
Case No. 10-20415
Caption:  ORDER COMPELLING RELEASE OF DEBTOR'S CHECKING ACCOUNT FUNDS FROZEN BY WACHOVIA BANK
-----------------------------------------------------------------

This matter having come before the Court upon the debtor's Notice of Motion for an Order reopening and reinstating debtor's Chapter 13 bankruptcy case, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that Wachovia Bank shall immediately release the administrative hold on debtor's checking account funds in the amount of $9,568.10; and it is further

**ORDERED** that the debtor's request for sanctions is denied.

*Approved by Judge Raymond T. Lyons April 27, 2010*