```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| IN RE OWEN RAMBOW, | : Bankruptcy No. 10-20415 (RTL) |
| Debtor. | : Civil Action No. 10-2657 (MLC) |
|  | : **O R D E R** |

For the reasons stated in the Court's Opinion, dated December 9, 2010, **IT IS** on this   9th   day of December, 2010, **ORDERED** that the appeal (dkt. entry no. 1) from the April 27, 2010 Order of the United States Bankruptcy Court, Bankr. No. 10-20415, dkt. entry no. 14, is **DISMISSED**; and

**IT IS FURTHER ORDERED** that insofar as the appeal is more properly considered a motion for leave to appeal, pursuant to Federal Rule of Bankruptcy Procedure 8003(c), such motion is **DENIED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED.**

                                   s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge